## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                )
HORSE CREEK WELD LLC                   )        Case No. 09-34256 TBM
EIN: 20-3987085                        )        Chapter 7
                                       )
                  Debtor.              )

## TRUSTEE'S MOTION TO RECLASSIFY CLAIM NO. 9 FILED
## BY LOWELL ALDERFER AND BETSY ALDERFER

Daniel A. Hepner, Chapter 7 Trustee of the bankruptcy estate of Horse Creek Weld, LLC ("Trustee") submits the following Motion to Reclassify Claim No. 9 filed by Lowell Alderfer and Betsy Alderfer ("Claimant") and as grounds therefor states as follows:

1.      The Debtor Horse Creek Weld, LLC filed a Chapter 11 bankruptcy petition on November 13, 2009.  On March 11, 2010 the case was converted to a Chapter 7.

2.      Daniel A. Hepner is the duly appointed Trustee of the Debtor's Chapter 7 bankruptcy estate.

3.      Claimant filed Claim No. 9 (as assigned by the Court) on July 15, 2015, in the amount of $17,037.85 as a general unsecured claim for money loaned.  The documentation attached to the claim indicates that the $17,037.85 was an investment made by Claimant in Horse Creek Weld, LLC. Claim No. 9 is not for monies loaned, but rather for monies invested.  Accordingly, Claim No. 9 should be reclassified as an equity interest in the amount of $17,037.85.

4.      Trustee reserves the right to object to Claim No. 9 on any further grounds that may apply.

5.      In connection with this Motion, the Trustee has given notice as required by Fed.R.Bankr.P 3007 and L.B.R. 3007-1(a) and 9013-1.

WHEREFORE, the Trustee requests entry of a court order reclassifying Claim No. 9 as an equity interest in the amount of $17,037.85, and for such further relief as the Court deems appropriate.

DATED this 30th day of May, 2018.

/s/ Daniel A. Hepner
Daniel A. Hepner, Trustee
950 Spruce Street, Suite 1C
Louisville, Colorado 80027
303-444-5141
dhepner@epitrustee.com

## CERTIFICATE OF MAILING

The undersigned certifies that on this 30th day of May, 2018, a true and correct copy of the foregoing **TRUSTEE'S MOTION TO RECLASSIFY CLAIM NO. 9 FILED BY LOWELL ALDERFER AND BETSY ALDERFER** was placed in the United States Mail, postage prepaid and addressed to the following:

Lowell Alderfer
Betsy Alderfer
6395 County Road 20
Longmont, CO 80504-9420

United States Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294

Nicholas H. Ores, Esq.
218 E. 6th Street
Loveland, CO 80537

Horse Creek Weld, LLC
4025 St. Cloud Drive, Suite 210
Loveland, CO 80537

/s/ Jessica L. DeGuiseppi