UNITED STATES BANKRUPTCY COURT
DISTRICT OF   COLORADO

| | | |
|---|---|---|
| In Re: | § § | |
| HORSE CREEK WELD LLC | § § | Case No. 09-34256 TBM |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Daniel A. Hepner, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,401,672.00                 Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,452.81     Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: 18,491.31

---

3) Total gross receipts of $ 76,285.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 54,341.63  (see **Exhibit 2**), yielded net receipts of $ 21,944.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,185,767.00 | $ 65,000.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,920.61 | 18,491.31 | 18,491.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 425,399.00 | 1,332,098.42 | 3,331.25 | 3,452.81 |
| **TOTAL DISBURSEMENTS** | $ 1,611,166.00 | $ 1,405,019.03 | $ 21,822.56 | $ 21,944.12 |

4) This case was originally filed under chapter 11 on 11/13/2009 , and it was converted to chapter 7 on 03/11/2010 . The case was pending for 137 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2021          By:/s/Daniel A. Hepner, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED DEBTS OWING DEBTOR | 1129-000 | 76,285.75 |
| **TOTAL GROSS RECEIPTS** | | **$76,285.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Bankruptcy Court | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-001 | 54,341.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 54,341.63** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Horse Creek Farms Lender LLC | | 1,185,592.00 | NA | NA | 0.00 |
| 000001 | KENTON & DENISE WINCHELL | 4110-000 | 175.00 | 65,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,185,767.00** | **$ 65,000.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DANIEL A. HEPNER | 2100-000 | NA | 2,944.41 | 2,944.41 | 2,944.41 |
| TRUSTEE EXPENSES:DANIEL A. HEPNER | 2200-000 | NA | 370.21 | 370.21 | 370.21 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 49.09 | 49.09 | 49.09 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 1,418.05 | 1,418.05 | 1,418.05 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| LOUIS WEISS CPA | 2990-000 | NA | 656.25 | 656.25 | 656.25 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SKEEN & SKEEN, P.C. | 3210-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):DENNIS & CO | 3410-000 | NA | 0.00 | 5,438.50 | 5,438.50 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SL BIGGS, A DIVSION OF SINGERLEWAK | 3410-000 | NA | 0.00 | 5,017.00 | 5,017.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):DENNIS & CO | 3420-000 | NA | 0.00 | 115.20 | 115.20 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):SL BIGGS, A DIVISION OF SINGERLEWAK | 3420-000 | NA | 157.60 | 157.60 | 157.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,920.61 | $ 18,491.31 | $ 18,491.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cache Bank & Trust | | 56,438.00 | NA | NA | 0.00 |
| | Charles & Marcia Bankoff | | 175.00 | NA | NA | 0.00 |
| | Civil Design Group | | 278.00 | NA | NA | 0.00 |
| | Daniel & Linda Olson | | 175.00 | NA | NA | 0.00 |
| | David & Tina Nierman | | 175.00 | NA | NA | 0.00 |
| | Donna Lambert-Rhodes | | 175.00 | NA | NA | 0.00 |
| | Doug & Ann Johnson | | 375.00 | NA | NA | 0.00 |
| | Dueck Group | | 7,125.00 | NA | NA | 0.00 |
| | Emie & Georgia Baca | | 175.00 | NA | NA | 0.00 |
| | Francis Kingman | | 350.00 | NA | NA | 0.00 |
| | Gary A Tait | | 175.00 | NA | NA | 0.00 |
| | James Cordes | | 175.00 | NA | NA | 0.00 |
| | Jerry & Mary Castaneda | | 525.00 | NA | NA | 0.00 |
| | Joshua & Elizabeth Rosen | | 375.00 | NA | NA | 0.00 |
| | Judith Hayes | | 525.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kevin & Rita Peters | | 175.00 | NA | NA | 0.00 |
| | Krager & Associates, Inc. | | 2,126.00 | NA | NA | 0.00 |
| | Land Architects | | 4,054.00 | NA | NA | 0.00 |
| | Leonard Croley | | 375.00 | NA | NA | 0.00 |
| | PTV 22 LLC | | 157,479.00 | NA | NA | 0.00 |
| | PTV 22 LLC | | 53,740.00 | NA | NA | 0.00 |
| | PTV 33 LLC | | 36,698.00 | NA | NA | 0.00 |
| | PtV 44 LLC | | 56,726.00 | NA | NA | 0.00 |
| | Richard & Jacquilyn Schultz | | 175.00 | NA | NA | 0.00 |
| | Richard & Vickie Stimac | | 175.00 | NA | NA | 0.00 |
| | Richard Gaydosik | | 350.00 | NA | NA | 0.00 |
| | Robert Campbell | | 175.00 | NA | NA | 0.00 |
| | Robert Masten | | 34,168.00 | NA | NA | 0.00 |
| | Roger & Constance Hoffer | | 400.00 | NA | NA | 0.00 |
| | TACB LLC | | 375.00 | NA | NA | 0.00 |
| | Trout, Raley, Montano, Witwer & Freeman, PC | | 630.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | LOUIS WEISS CPA | 7100-000 | 5,156.00 | 6,875.00 | 2,656.25 | 2,656.25 |
| 000023 | MARY LYNN WRIGHT | 7100-000 | NA | 19,904.00 | 0.00 | 0.00 |
| 000008 | RICHARD & LINDA TAFT | 7100-000 | 1,203.00 | 675.00 | 675.00 | 675.00 |
| 000006 | WARREN W. SMITH | 7100-000 | 175.00 | 99,550.00 | 0.00 | 0.00 |
| 000020 | DANIEL OMDAL | 7400-000 | 175.00 | 20,912.27 | 0.00 | 0.00 |
| 000013 | DONNA L. WEBSTER | 7400-000 | 350.00 | 100,000.00 | 0.00 | 0.00 |
| 000012 | FRANKLYN ROITSCH | 7400-000 | 175.00 | 100,000.00 | 0.00 | 0.00 |
| 000017 | JAMES CLEMMER | 7400-000 | 175.00 | 8,677.00 | 0.00 | 0.00 |
| 000021 | JAY AND ELBERTA HOLEMAN | 7400-000 | 525.00 | 100,000.00 | 0.00 | 0.00 |
| 000010 | KENT WINCHELL | 7400-000 | 175.00 | 157,580.00 | 0.00 | 0.00 |
| 000014 | L. JAMES WEBSTER | 7400-000 | NA | 100,000.00 | 0.00 | 0.00 |
| 000018 | LORI GEHRMAN | 7400-000 | 175.00 | 13,188.28 | 0.00 | 0.00 |
| 000009 | LOWELL AND BETSY ALDERFER | 7400-000 | 175.00 | 17,037.85 | 0.00 | 0.00 |
| 000019 | MARK GEHRMAN | 7400-000 | 175.00 | 54,478.71 | 0.00 | 0.00 |
| 000022 | MARY LYNN WRIGHT | 7400-000 | 175.00 | 18,880.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | NATIONAL HERITAGE FOUNDATION | 7400-000 | NA | 20,187.10 | 0.00 | 0.00 |
| 000007 | RICHARD K. TAFT REVOCABLE TRUST | 7400-000 | NA | 19,471.83 | 0.00 | 0.00 |
| 000005 | TAFT FAMILY CRUT | 7400-000 | 1,203.00 | 243,397.83 | 0.00 | 0.00 |
| 000016 | THERON LLC | 7400-000 | NA | 101,783.55 | 0.00 | 0.00 |
| 000004 | WALTER BROWN | 7400-000 | 175.00 | 30,000.00 | 0.00 | 0.00 |
| 000015 | WARREN W. SMITH | 7400-000 | 175.00 | 99,500.00 | 0.00 | 0.00 |
| | LOUIS WEISS CPA | 7990-000 | NA | NA | NA | 96.93 |
| | RICHARD & LINDA TAFT | 7990-000 | NA | NA | NA | 24.63 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 425,399.00 | $ 1,332,098.42 | $ 3,331.25 | $ 3,452.81 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-34256 | TBM | Judge: THOMAS B McNAMARA | Trustee Name: | Daniel A. Hepner, Trustee |
| Case Name: | HORSE CREEK WELD LLC | | | Date Filed (f) or Converted (c): | 03/11/10 (c) |
| | | | | 341(a) Meeting Date: | 05/07/10 |
| For Period Ending: | 06/16/21 | | | Claims Bar Date: | 10/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - NE Cor. E. 160th Ave. & Watkins Rd | 3,328,950.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS - Great Western Bank | 222.00 | 0.00 | | 0.00 | FA |
| 3. LIQUIDATED DEBTS OWING DEBTOR | 516,012.00 | 76,000.00 | | 76,285.75 | FA |
| 4. OTHER PERSONAL PROPERTY | 72,500.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $3,917,684.00 | $76,000.00 | | $76,285.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 1---Property is fully secured.

RE PROP# 3---Notes Receivable include notes from investors who have claims against Debtor for investments, as well as
 intercompany debt owed by affiliate Horse Creek Adams, LLC in amount of $158,246.00. Trustee has determined that notes
 owed by investors are subject to set off claims that investors have against company for amounts invested, as principals
 of Debtor were operating ponzi scheme.

RE PROP# 4---Debtor listed water rights associated with undeveloped real property located at E. 160th Ave. & Watkins
 Road (the "Watkins Road Property") (Prop No. 1) with a value of $10,000.00 as well as costs advanced in formation of a
 MetropolitanDistrict within the boundaries of the Watkins Road Property in the amount of $62,500.00. The Watkins Road
 Property was fully secured and was foreclosed upon by the lender. The water rights have no value to the estate, and
 there is no longer any source for payment of the amounts advanced for formation of the Metro District.

Initial Projected Date of Final Report (TFR): 03/31/12   Current Projected Date of Final Report (TFR): 12/31/20

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34256 -TBM | Trustee Name: | Daniel A. Hepner, Trustee |
| --- | --- | --- | --- |
| Case Name: | HORSE CREEK WELD LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******5983  Checking - Non Interest |
| Taxpayer ID No: | *******7085 | | |
| For Period Ending: | 06/16/21 | Blanket Bond (per case limit): | $ 54,420,450.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/18 | 3 | Horse Creddk Adams, LLC<br>c/o Daniel A. Hepner, Trustee | Distribution on Claim | 1129-000 | 76,285.75 | | 76,285.75 |
| 03/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 76,275.75 |
| 03/08/18 | 010001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | 25.88 | 76,249.87 |
| 04/06/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.97 | 76,168.90 |
| 05/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 78.27 | 76,090.63 |
| 06/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.80 | 76,009.83 |
| 07/09/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 78.11 | 75,931.72 |
| 08/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.63 | 75,851.09 |
| 09/10/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.54 | 75,770.55 |
| 10/05/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 77.87 | 75,692.68 |
| 11/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.37 | 75,612.31 |
| 12/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 77.70 | 75,534.61 |
| 01/08/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.21 | 75,454.40 |
| 02/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 80.12 | 75,374.28 |
| 02/20/19 | 010002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | 23.21 | 75,351.07 |
| 03/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 72.29 | 75,278.78 |
| 03/15/19 | 010003 | SKEEN & SKEEN, P.C.<br>P.O. Box 218<br>707 Brownell Street<br>Georgetown, CO  80444 | Attorney for Trustee Fees<br>Pursuant to Order entered March 4, 2019 (Dkt. #199) | 3210-000 | | 2,000.00 | 73,278.78 |
| 04/05/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 79.12 | 73,199.66 |
| 05/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 75.22 | 73,124.44 |
| 06/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 77.65 | 73,046.79 |

Page Subtotals        76,285.75        3,238.96

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34256 -TBM | | Trustee Name: | Daniel A. Hepner, Trustee |
|---|---|---|---|---|
| Case Name: | HORSE CREEK WELD LLC | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******5983  Checking - Non Interest |
| Taxpayer ID No: | *******7085 | | | |
| For Period Ending: | 06/16/21 | | Blanket Bond (per case limit): | $ 54,420,450.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/19 | 010004 | Louis Weiss CPA<br>1797 Green River Drive<br>Windsor CO 80550 | Chapter 7 Administrative Expense<br>Acct No.: 8439<br>Pursuant to Order entered Feb. 7, 2019 (Dkt. #197) | 2990-000 | | 656.25 | 72,390.54 |
| 07/08/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 74.68 | 72,315.86 |
| 08/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 76.79 | 72,239.07 |
| 09/09/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 76.71 | 72,162.36 |
| 11/18/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 72,162.36 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 76,285.75 | 76,285.75 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 72,162.36 | |
| Subtotal | 76,285.75 | 4,123.39 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 76,285.75 | 4,123.39 | |

Page Subtotals                    0.00          73,046.79

Ver: 22.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-34256 -TBM | | Trustee Name: | Daniel A. Hepner, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | HORSE CREEK WELD LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0039 Checking Account |
| Taxpayer ID No: | *******7085 | | | |
| For Period Ending: | 06/16/21 | | Blanket Bond (per case limit): | $ 54,420,450.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/19 | | Trsf In From FIRST NATIONAL BANK OF | INITIAL WIRE TRANSFER IN | 9999-000 | 72,162.36 | | 72,162.36 |
| 11/24/20 | 200001 | Dennis & Company, P.C. | Accountant for Trustee Fees | 3410-000 | | 5,438.50 | 66,723.86 |
| | | | Pursuant to Order entered Nov. 23, 2020 (Dkt. #225) | | | | |
| 11/24/20 | 200002 | Dennis & Company, P.C. | Accountant for Trustee Expenses | 3420-000 | | 115.20 | 66,608.66 |
| | | | Pursuant to Order entered Nov. 23, 2020 (Dkt. #225) | | | | |
| 11/24/20 | 200003 | SL Biggs, a Divsion of SingerLewak LLP | Accountant for Trustee Fees | 3410-000 | | 5,017.00 | 61,591.66 |
| | | 2000 S. Colorado Blvd. | Pursuant to Order entered Nov. 23, 2020 (Dkt. #226) | | | | |
| | | Tower 2, Suite 200 | | | | | |
| | | Denver, CO 80222 | | | | | |
| 11/24/20 | 200004 | SL Biggs, a Division of SingerLewak LLP | Accountant for Trustee Expenses | 3420-000 | | 157.60 | 61,434.06 |
| | | 2000 S. Colorado Blvd. | Pursuant to Order entered Nov. 23, 2020 (Dkt. #226) | | | | |
| | | Tower 2, Suite 200 | | | | | |
| | | Denver, CO 80222 | | | | | |
| 12/30/20 | 200005 | Daniel A. Hepner | Chapter 7 Compensation/Fees | 2100-000 | | 2,944.41 | 58,489.65 |
| | | 2095 West 6th Avenue, Suite 200 | | | | | |
| | | Broomfiled, CO 80020 | | | | | |
| 12/30/20 | 200006 | Daniel A. Hepner | Chapter 7 Expenses | 2200-000 | | 370.21 | 58,119.44 |
| | | 2095 West 6th Avenue, Suite 200 | | | | | |
| | | Broomfiled, CO 80020 | | | | | |
| 12/30/20 | 200007 | United States Trustee | Claim 000003 | 2950-000 | | 325.00 | 57,794.44 |
| | | 999 18th Street, #1551 | Final Distribution | | | | |
| | | Denver, CO 80202 | EIN: 20-3987085 | | | | |
| 12/30/20 | 200008 | Richard & Linda Taft | Claim 000008 | | | 699.63 | 57,094.81 |
| | | 1145 Trappers Point | Final Distribution | | | | |
| | | Fort Collins, CO 80524 | EIN: 20-3987085 | | | | |
| | | | Claim 675.00 | 7100-000 | | | |
| | | | Interest 24.63 | 7990-000 | | | |
| 12/30/20 | 200009 | Louis Weiss CPA | Claim 000011 | | | 2,753.18 | 54,341.63 |

Page Subtotals 72,162.36 17,820.73

Ver: 22.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 09-34256 -TBM | Trustee Name: | Daniel A. Hepner, Trustee |
| --- | --- | --- | --- |
| Case Name: | HORSE CREEK WELD LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0039  Checking Account |
| Taxpayer ID No: | *******7085 | | |
| For Period Ending: | 06/16/21 | Blanket Bond (per case limit): | $ 54,420,450.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1797 Green River Drive<br>Windsor CO 80550 | Final Distribution<br>Acct. No.: 8439<br>EIN: 20-3987085<br>Claim       2,656.25<br>Interest         96.93 | 7100-000<br>7990-000 | | | |
| * 12/30/20 | 200010 | HORSE CREEK WELD LLC<br>4025 ST. CLOUD DRIVE<br>STE 210<br>LOVELAND, CO  80537 | Surplus Funds | 8200-004 | | 54,341.63 | 0.00 |
| * 04/09/21 | 200010 | HORSE CREEK WELD LLC<br>4025 ST. CLOUD DRIVE<br>STE 210<br>LOVELAND, CO  80537 | Stop Payment Reversal<br>STOP PAYMENT | 8200-004 | | -54,341.63 | 54,341.63 |
| 04/16/21 | 200011 | Clerk of the Bankruptcy Court<br>U.S. BANKRUPTCY COURT<br>721 19th Street<br>Denver, Colorado  80202 | Unclaimed Funds<br>Originally issued to Horse Creek Weld, LLC as<br>Surplus Funds.<br>Unclaimed surplus funds paid to Debtor. | 8200-001 | | 54,341.63 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 72,162.36 | 72,162.36 | 0.00 |
| Less:  Bank Transfers/CD's | | 72,162.36 | 0.00 | |
| Subtotal | | 0.00 | 72,162.36 | |
| Less:  Payments to Debtors | | | 54,341.63 | |
| Net | | 0.00 | 17,820.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking - Non Interest - ********5983 | 76,285.75 | 4,123.39 | 0.00 |
| Checking Account - ********0039 | 0.00 | 17,820.73 | 0.00 |
| | 76,285.75 | 21,944.12 | 0.00 |

Page Subtotals       0.00       54,341.63

Ver: 22.03b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 09-34256 -TBM | Trustee Name: | Daniel A. Hepner, Trustee |
| --- | --- | --- | --- |
| Case Name: | HORSE CREEK WELD LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0039  Checking Account |
| Taxpayer ID No: | *******7085 | | |
| For Period Ending: | 06/16/21 | Blanket Bond (per case limit): | $ 54,420,450.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*